Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Proposed Attorneys for Debtors and Debtors-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Robert P. Harris (#011523)
robert.harris@quarles.com
Lori L. Winkelman (#021400)
lori.winkelman@quarles.com
Jason D. Curry (#026511)
jason.curry@quarles.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>XHIBIT INTERACTIVE, LLC,<br><br>Debtor.<br><br>Joint Administration pending with:<br><br>SKYMALL, LLC,<br>XHIBIT CORP.,<br>FLYREPLY CORP.,<br>SHC PARENT CORP.,<br>SPYFIRE INTERACTIVE, LLC,<br>STACKED DIGITAL, LLC, and<br>SKYMALL INTERESTS, LLC. | In Proceedings Under Chapter 11<br><br>Case No. 2:15-bk-00682-MCW<br><br>Joint Administration pending with Case Nos.:<br><br>2:15-bk-00679-BKM<br>2:15-bk-00680-MCW<br>2:15-bk-00684-DPC<br>2:15-bk-00685-MCW<br>2:15-bk-00686-MCW<br>2:15-bk-00687-GBN<br>2:15-bk-00688-EPB |
| This Pleading applies to:<br>☐ All Debtors<br>■ Specified Debtors<br>  XHIBIT INTERACTIVE, LLC | **LIST OF EQUITY SECURITY HOLDERS** |

XHIBIT INTERACTIVE, LLC, the debtor and debtor-in possession in the above-captioned Chapter 11 case, hereby files its *List of Equity Security Holders* pursuant to Bankruptcy Rule 1007(a)(3).

| MEMBERS | INTEREST |
|---|---|
| Xhibit Corp.<br>1520 East Pima Street<br>Phoenix, Arizona 85034 | 100% |

RESPECTFULLY SUBMITTED this 22nd day of January, 2015.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ 85004-2391
>
> By /s/John A. Harris
>    Robert P. Harris
>    John A. Harris
>    Lori L. Winkelman
>    Jason D. Curry
>
> Proposed Attorneys for Debtors and Debtors-in-Possession